# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT COVINGTON

**CIVIL ACTION NO. 08-233-DLB**

**TERRI AUDI KRUSE**                                            **PLAINTIFF**

vs.                       <u>**ORDER AND JUDGMENT**</u>

**AFLAC INTERNATIONAL, INC.**                              **DEFENDANT**

\*    \*    \*    \*    \*    \*    \*

Pursuant to the Memorandum Order entered contemporaneously herewith,

**IT IS ORDERED AND ADJUDGED**:

1. That the arbitration panel's decision, entered on November 4, 2008, is hereby **CONFIRMED in its entirety**, and judgment is hereby **GRANTED** for the Defendant.

2. That this matter is hereby **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket of this Court;

3. There being no just cause for delay, this is a **FINAL and APPEALABLE** Order.

This 30th day of September, 2009.



G:\DATA\ORDERS\Cov08\233 Judgment.wpd